Deputy Attorney General, for respondents.

No. 81. DULUTH, MISSABE & IRON RANGE RY. CO. v. ROSS. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Messrs. Dennis F. Donovan, Elmer F. Blu,* and *Clarence J. Hartley* for petitioner. *Messrs. I. K. Lewis* and *Henry J. Grannis* for respondent.

No. 93. CARPENTER ET AL. v. HAMILTON. October 14, 1940. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. A. L. Wirin* for petitioners. *Mr. Edwin A. Meserve* for respondent.

No. 94. KELLEY ET AL. v. SYRACUSE ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold E. Stonebraker* for petitioners. *Messrs. Henry R. Ashton* and *George H. Mitchell* for respondents.

No. 95. HUMBLE OIL & REFINING CO. ET AL. v. TURNBOW ET AL. October 14, 1940. Petition for writ of certiorari to the Court of Civil Appeals, 3d Supreme Judicial District, of Texas, denied. *Messrs. Ben H. Powell, Wyman S. Gideon, John E. Green, Jr.,* and *Joe S. Brown* for petitioners. *Messrs. Gerald C. Mann, Edgar Cole, James P. Hart,* and *Carl L. Phinney* for respondents.

No. 96. TRIPPETT ET AL. v. POLARIS IRON CO. ET AL. October 14, 1940. Petition for writ of certiorari to the